# United States District Court
# Central District of California

| | |
|---|---|
| CHRISTINE DIAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACTION PROFESSIONALS, INC.,<br><br>　　　　Defendants, | Case No. 2:14-cv-06761-ODW(FFMx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 14.), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than January 7, 2015**, why settlement has not been finalized. No hearing will be held. This Order will be discharged upon the filing of a stipulation to dismiss. All other dates in this action are **VACATED** and taken off calendar.

　　**IT IS SO ORDERED.**

　　November 10, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**