JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRISTINE DIAL,
INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

           Plaintiff,

           v.

ACTION PROFESSIONALS,
INC.,

           Defendant.

Case No.: CV14-6761 ODW (FFMx)

ORDER RE: PLAINTIFF'S NOTICE
OF VOLUNTARY DISMISSAL

HON. OTIS D. WRIGHT II

     Based upon Plaintiff's Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to Plaintiff and without prejudice as to the putative class members.

**IT IS SO ORDERED.**

Dated: _**January 8, 2015**

_____

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT COURT JUDGE